Anthony Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
490 43rd Street, Suite 108
Oakland, CA 94609
Phone: (917) 371-8293

Kelly Clark (Bar No. 312251)
Email: kelly@losangeleswaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway
Santa Monica, CA 90401
Phone: (310) 394-6162

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AERODYNAMICS PLATING COMPANY, a California corporation, <br><br> Defendant. | Case No.: 2:19-cv-06859-DSF-SK <br><br> **NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE** <br><br> Judge: Hon. Dale S. Fischer |

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE

WHEREAS, on February 26, 2020, Plaintiff LOS ANGELES WATERKEEPER ("Plaintiff") and Defendant AERODYNAMICS PLATING COMPANY ("Defendant") (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on February 27, 2020, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #16); and

WHEREAS, on April 6, 2020, Plaintiff filed an Amended Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt of the Consent Decree and would notify the Court of any objections to the Consent Decree by April 13, 2020 (ECF #19); and

WHEREAS, on April 13, 2020, the United States Department of Justice notified Plaintiff via electronic mail that the United States does not object to the Court's entry of the Consent Decree into judgment; as the Agencies have indicated that they have no objection to entry, the Court may now enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.

THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Consent Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the Consent Decree as judgment.

DATED: April 13, 2020

_____
Anthony M. Barnes
Attorneys for Plaintiff
Los Angeles Waterkeeper